IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 2006 FRANK CALANDRA, Jr. IRREVOCABLE TRUST; KRISTIN HASSOUN, as Trustee of 2006 Frank Calandra, Jr. Irrevocable Trust; KARA MARIE CALANDRA CHARBONNEAU, as Trustee of 2006 Frank Calandra, Jr. Irrevocable Trust; and KARL ANTHONY CALANDRA, as Trustee of 2006 Frank Calandra, Jr. Irrevocable Trust,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>SIGNATURE BANK CORPORATION, and CUSHNER & GARVEY, LLP,<br><br>　　　　　　　　　Defendants. | Case No. 2:09-cv-01032<br><br>Judge Terrence F. McVerry<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this 28th day of August, 2009, upon consideration of Plaintiffs' Emergency Motion to Seal Documents, said motion is GRANTED.  The document located at Doc. No. 11, Attachment # 2, and titled "Exhibit A" is hereby sealed and shall be immediately removed from the Electronic Filing System.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　s/Terrence F. McVerry
　　　　　　　　　　　　　　　　　　 United States District Court Judge

cc:  All Counsel of Record